## WASHINGTON v. CITY OF TUSCALOOSA.
### (6 Div. 125.)

(Court of Appeals of Alabama. May 8, 1923.)

1. Municipal corporations ⬦⟾635—Prosecution for violation of municipal prohibition ordinance is statutory and quasi criminal in character.

A prosecution for a violation of a municipal prohibition ordinance is statutory and quasi criminal in nature.

2. Municipal corporations ⬦⟾642(1.)—Statute obviating necessity for assignment of error in criminal cases inapplicable to quasi criminal cases.

Code 1907, § 6264, which obviates the necessity of assigning error in criminal cases, has no application in quasi criminal cases.

Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge.

Monroe Washington was convicted of violating an ordinance of the City of Tuscaloosa, and he appeals. Affirmed.

Foster, Verner & Rice, of Tuscaloosa, for appellant.

Counsel argue for error on the trial of the case, but in view of the decision it is not necessary that the brief be here set out.

S. H. Sprott, of Tuscaloosa, for appellee.

No brief reached the Reporter.

BRICKEN, P. J. This appeal is from a judgment of conviction for the violation of a municipal ordinance; the offense charged being the violation of the prohibition ordinances of said city.

[1, 2] There are no assignments of error as the law requires. A prosecution of this character is statutory and quasi criminal in its nature. The statute (Code 1907, § 6264), which obviates the necessity of assigning errors in criminal cases, has no application to appeals in quasi criminal cases. Perry v. State, 1 Ala. App. 253, 55 South. 1035.

No questions being presented for review as a result of failure to assign errors on the record, the judgment appealed from is affirmed.

Affirmed.

FOSTER, J., not sitting.

---

⬦⟾For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes